1  Christopher R. Rodriguez, CA Bar No. 212274
   Darcy L. Muilenburg, CA Bar No. 233787
2  Pillsbury Winthrop Shaw Pittman LLP
   2600 Capitol Avenue, Suite 300
3  Sacramento, CA  95816-5930
   Tel:  (916) 329-4779
4  chris.rodriguez@pillsburylaw.com
   darcy.muilenburg@pillsburylaw.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPRESSION SYSTEMS, LLC, | Case No.  2:13-cv-00965-JAM-KJN |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING DEADLINE TO FILE ANSWER** |
| v. | |
| UMN PHARMA INC., KENGO UEMURA, JONATHAN DRUTZ, and DOES 1 - 99, | |
| Defendants. | |

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties hereto, by and through their respective counsel, that Defendant Jonathan Drutz[1] may have an extension of time to August 15, 2013, to file an Answer to the Complaint or a motion under Fed. R. Civ. P. 12(b).

DATED this 22nd day of July, 2013

Pillsbury Winthrop Shaw Pittman LLP         McCoy|fatula, LLP


By  /s/ Darcy L. Muilenburg                  By   /s/ Miles C. McCoy
    Darcy L. Muilenburg, CA Bar #233787          Miles C. McCoy, CA Bar #275643
    Attorneys for Defendants UMN PHARMA          Stephen M. Fatula, CA Bar #275814
    INC. and JONATHAN DRUTZ                      Attorneys for Plaintiffs EXPRESSION
                                                 SYSTEMS, LLC

---

[1] The other defendants have not yet been served.

4835-6523-1380.01                                                 2:13-CV-00965-JAM-KJN
63773.00003

**ORDER**

THIS MATTER came on before this Court upon the foregoing stipulation of the parties hereto.  Pursuant to the stipulation,

IT IS HEREBY ORDERED that Defendant Jonathan Drutz shall have an extension of time to August 15, 2013 to serve and file his Answer to the Complaint or a motion under Fed. R. Civ. P. 12(b).

DATED this 22nd day of July, 2013.

/s/ John A. Mendez

United States District Court Judge

Presented by:

Pillsbury Winthrop Shaw Pittman LLP


By:  /s/ Darcy L. Muilenburg
    Christopher R. Rodriguez, CA Bar #212274
    Darcy L. Muilenburg, CA Bar #233787
    2600 Capitol Avenue, Suite 300
    Sacramento, CA  95816-5930
    Tel:  (916) 329-4779

Attorneys for Defendants UMN PHARMA INC. and JONATHAN DRUTZ


McCoy|fatula, LLP


By:  /s/ Miles C. McCoy
    Miles C. McCoy, CA Bar #275643
    Stephen M. Fatula, CA Bar #275814
    950 Reserve Drive, 110
    Roseville, CA  95678
    Tel:  (916) 252-1620

Attorneys for Plaintiff EXPRESSION SYSTEMS, LLC