Christopher R. Rodriguez, CA Bar No. 212274
Darcy L. Muilenburg, CA Bar No. 233787
Pillsbury Winthrop Shaw Pittman LLP
2600 Capitol Avenue, Suite 300
Sacramento, CA  95816-5930
Tel:  (916) 329-4779
chris.rodriguez@pillsburylaw.com
darcy.muilenburg@pillsburylaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPRESSION SYSTEMS, LLC,<br><br>            Plaintiff,<br><br>v.<br><br>UMN PHARMA INC., KENGO UEMURA, JONATHAN DRUTZ, and DOES 1 - 99,<br><br>            Defendants. | Case No.  2:13-cv-00965-JAM-KJN<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO FILE ANSWER** |

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties hereto, by and through their respective counsel, that Defendant Jonathan Drutz[1] may have an extension of time to August 15, 2013, to file an Answer to the Complaint or a motion under Fed. R. Civ. P. 12(b).

DATED this 22nd day of July, 2013

| | |
|---|---|
| Pillsbury Winthrop Shaw Pittman LLP | McCoy\|fatula, LLP |
| By  /s/ Darcy L. Muilenburg<br>    Darcy L. Muilenburg, CA Bar #233787<br>    Attorneys for Defendants UMN PHARMA INC. and JONATHAN DRUTZ | By   /s/ Miles C. McCoy<br>    Miles C. McCoy, CA Bar #275643<br>    Stephen M. Fatula, CA Bar #275814<br>    Attorneys for Plaintiffs EXPRESSION SYSTEMS, LLC |

---

[1] The other defendants have not yet been served.

4835-6523-1380.01
63773.00003

2:13-CV-00965-JAM-KJN

**ORDER**

THIS MATTER came on before this Court upon the foregoing stipulation of the parties hereto.  Pursuant to the stipulation,

IT IS HEREBY ORDERED that Defendant Jonathan Drutz shall have an extension of time to August 15, 2013 to serve and file his Answer to the Complaint or a motion under Fed. R. Civ. P. 12(b).

DATED this 22nd day of July, 2013.

/s/ John A. Mendez
United States District Court Judge

Presented by:

Pillsbury Winthrop Shaw Pittman LLP

By: /s/ Darcy L. Muilenburg
    Christopher R. Rodriguez, CA Bar #212274
    Darcy L. Muilenburg, CA Bar #233787
    2600 Capitol Avenue, Suite 300
    Sacramento, CA  95816-5930
    Tel:  (916) 329-4779

Attorneys for Defendants UMN PHARMA INC. and JONATHAN DRUTZ

McCoy|fatula, LLP

By: /s/ Miles C. McCoy
    Miles C. McCoy, CA Bar #275643
    Stephen M. Fatula, CA Bar #275814
    950 Reserve Drive, 110
    Roseville, CA  95678
    Tel:  (916) 252-1620

Attorneys for Plaintiff EXPRESSION SYSTEMS, LLC